**Joseph REYES, Petitioner–Appellant,**

**v.**

**K.J. WENDT, Warden, Respondent–Appellee.**

No. 07–6183.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 6, 2007.

Joseph Reyes, Appellant Pro Se.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Reyes, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Reyes v. Wendt*, No. 5:05–cv–00090–FPS, 2006 WL 3626390 (N.D.W.Va. Dec. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*